IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KENNETH A. CANDLER,                  :

    Plaintiff,                    :
                                       Case No. 3:12cv00181

  vs.                                :
                                       District Judge Thomas M. Rose

CAROLYN W. COLVIN,                   :   Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,             :

    Defendant.                    :

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #20), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on January 3, 2014 (Doc. #20) is ADOPTED in full;

2. Plaintiff's Motion for Attorney Fees under Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #15) be GRANTED, in part, and DENIED, in part, and Plaintiff is awarded a total of $6,290.00 in attorney fees under the EAJA;

3. The Commissioner is directed to determine within 30 days whether Plaintiff owes a pre-existing debt to the government and, if not, to pay the EAJA award

2

directly to Plaintiff's counsel; and

4. The case remains terminated on the docket of this Court.

January 22, 2014                              *s/Thomas M. Rose

                                                                                                                                _____
Thomas M. Rose
United States District Judge